UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                          WARRANT OF ARREST

MICHAEL MCMACKIN
                                                             CASE NUMBER: 02-32-B-W

TO:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Michael McMackin and bring him or her forthwith to the nearest magistrate to answer a Petition on Supervised Release charging him or her with:

Violation of Conditions of Supervised Release in violation of Title 18 United States Code, Section 3606

Gail B. Creath
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Deputy-in-Charge
Title of Issuing Officer

8/25/03 at Bangor, Maine
Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## United States District Court
### for the District of Maine
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael McMackin  **Case Number:** CR02-32-B-S

**Name of Sentencing Judicial Officer:** Honorable George Z. Singal, Chief U.S. District Court Judge

**Date of Original Sentence:** 2/5/03

**Original Offense:** ID Theft, Credit Card Fraud

**Original Sentence:** 16 months incarceration with 3 years TSR to follow

**Type of Supervision:** TSR   **Date Supervision Commenced:** May 5, 2003

**Asst. U.S. Attorney:** Gail Fisk Malone, Esq.   **Defense Attorney:** Wayne Foote, Esq.

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | The defendant violated the general condition of supervision which states that the defendant shall not violate a federal, state or local law. This violation occurred on August 7, 2003, when the defendant failed to appear for a court hearing dealing with extradition in a New Hampshire matter in Maine District Court, Bangor, Maine after being court ordered to do so. A warrant has been issued on the state level. [Grade C Violation] |
| Two | The defendant violated standard condition #2 of supervised release which states that he shall report as directed and submit a report within the first five days of each month. The defendant has failed to submit monthly report forms for June and July 2003, furthermore he has not reported to the probation office since July 1, 2003. He has not been home for home visits and not answered his phone. [Grade C Violation] |

- 2 -

Petition for Warrant or Summons
for Offender Under Supervision

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- [X] Revoked
- [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

By *[signature]*
MARJORIE J. EARL
U.S. Probation Officer
Date: August 25, 2003

Reviewed:

*[signature]*
RICHARD F. HARBURGER
Supervising U.S. Probation Officer
8/25/03
Date

---

**THE COURT ORDERS**
- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

*[signature]*
Signature of Judicial Officer

Aug 25 2003
Date