UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 04-1689-CBS |
| ) | |
| MICHAEL McMACKIN ) | |

### AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Kevin Donahue, Deputy U.S. Marshal of the United States Marshals Service, United States Department of Justice, do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshals Service, I am advised that there is presently a warrant of arrest outstanding for one Michael McMACKIN in the District Maine for violations of conditions of supervised release, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_____
KEVIN DONAHUE
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me this 27TH day of February, 2004.

_____
CHARLES B. SWARTOOD, III
United States Magistrate Judge