# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT: District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MICHAEL MCMACKIN | DOCKET NO.<br>District of Arrest<br>District of Offense: 02-32-B-W<br>MAGISTRATE JUDGE CASE NO.<br>District of Arrest: 04-1689-CBS<br>District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ indictment ☐ information ☐ complaint ☒ Other (specify) Violation Memorandum

charging a violation of 18 U.S.C. § 3606

**DISTRICT OF OFFENSE:** District of Maine

**DATE OF OFFENSE:** February 27, 2004

**DESCRIPTION OF CHARGES:**
Violation of Conditions of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language:

MASSACHUSETTS

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 3, 2004
Date

/s/ Charles B. Swartwood, III
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

| **UNITED STATES DISTRICT COURT** | DISTRICT  District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA  V.  MICHAEL MCMACKIN | DOCKET NO.  District of Arrest  District of Offense   02-32-B-W  MAGISTRATE JUDGE CASE NO.  District of Arrest   04-1689-CBS  District of Offense |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify)   Violation Memorandum
charging a violation of   18   U.S.C. §   3606

| DISTRICT OF OFFENSE  District of Maine | DATE OF OFFENSE  February 27, 2004 |
|---|---|

DESCRIPTION OF CHARGES:

Violation of Conditions of Supervised Release

CURRENT BOND STATUS:

☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None
Interpreter Required?   ☒ No   ☐ Yes   Language:

MASSACHUSETTS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 3, 2004
Date

/s/ Charles B. Swartwood, III
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |